IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rodriguez, Juan

Printed: 9/9/08

Case Number: 08 B 08980
Judge: Hollis, Pamela S
Filed: 4/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,274.00 | 0.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 15,284.86 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 16.96 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 63.99 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 55.30 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 89.29 | 0.00 |
| 8. | Target National Bank | Unsecured | 39.43 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 88.92 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 76.58 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 46.22 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 78.17 | 0.00 |
| 13. | Discover Financial Services | Unsecured | | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 15. | Southwest Credit Systems | Unsecured | | No Claim Filed |
| | | | $ 18,113.72 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Rodriguez, Juan | Case Number:  08 B 08980 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/9/08 | Filed:  4/12/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

